JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Miseael Romero, | Case No. 5:20-cv-01288-RGK-SHK |
| Plaintiff(s), | ORDER DISMISSING ACTION FOR LACK OF PROSECUTION |
| vs. | |
| Edelgard Schweitzer, et al. | |
| Defendant(s). | |

On July 24, 2020, the Court issued an Order to Show Cause re Dismissal for Lack of Prosecution [16], which directed plaintiff to file applications for default pursuant to Rule 55a of the Federal Rules of Civil Procedure. Plaintiff's response to the Order to Show Cause was due by July 30, 2020. As of this date, no response has been filed to the Order to Show Cause, therefore, the Court orders the matter dismissed for lack of prosecution.

**IT IS SO ORDERED.**

Dated: August 6, 2020

R. GARY KLAUSNER
UNITED STATES DISTRICT JUDGE